AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF Massachusetts

**APPEARANCE**

Case Number: 03-10140-RWZ

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Vincent Meucci

Date: 2/12/04

Signature

Print Name: Paul V. Marino

Address: 1200 East Street

City: Westwood   State: MA   Zip Code: 02090

Phone Number: (781) 326-9013