# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____
MASSACHUSETTS

UNITED STATES OF AMERICA

v.

VINCENT MEUCCI

WARRANT FOR ARREST
Case Number: 03-10140-RWZ

To:   The United States Marshal
      and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __Vincent Meucci__
                                         Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] INDICTMENT  [ ] INFORMATION  [ ] COMPLAINT  [ ] ORDER OF COURT  [ ] VIOLATION OF NOTICE  [ ] PROBATION VIOLATION PETITION

CHARGING HIM OR HER WITH (brief description of offense)

**Conspiracy to Possess with Intent to Distribute Marijuana, a Schedule II, controlled substance**

in violation of Title __21__ United States Code, Section(s) __841(a)(1) and 846__.

Catherine M Gauthier                          Supervisor
Name of Issuing Officer                       Title of Issuing Officer

Catherine M Gauthier                          Boston, MA;   February 11, 2004
Signature of Issuing Officer                  Date and Location

Bail fixed at $_____                 BY _____

| RETURN |
|---|
| THIS WARRANT WAS RECEIVED AND EXECUTED WITH THE ARREST OF THE ABOVE NAMED DEFENDANT AT _____ |

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 2/12/04 | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: _____Vincent Meucci_____

ALIAS:_____

LAST KNOWN RESIDENCE: _6 Anne Street, Groveland, MA 01834_____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH:_Massachusetts_____

DATE OF BIRTH: __2/1/65_____

SOCIAL SECURITY NUMBER: __***-**-7876_____

HEIGHT: _6'00"_____    WEIGHT: _____

SEX: _____M_____    RACE: _____

HAIR: _____Br_____    EYES: ____Br_____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO: _____

INVESTIGATIVE AGENCY AND ADDRESS: __DEA, S/A Michael Cashman_____