UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. |
| ) | 03-10140-RWZ |
| v.  ) | |
| ) | |
| JACK WALSH CALVIN and ) | |
| VINCENT MEUCCI ) | |
| Defendants. ) | |

## JOINT STATEMENT

The United States of America and the defendant, Vincent Meucci, by their undersigned counsel, submit this joint statement regarding the status of the above-referenced case. Counsel for Calvin and the government have orally discussed, and agreed to, the contents of this statement regarding additional discovery and further status.

### Discovery

The government requests until March 12, 2004 to produce discovery relating to the superseding indictment. Discovery has been delayed due to a medical emergency faced by the government. Defendants request approximately two to three weeks to review the discovery, and, if necessary, request reciprocal discovery.

### Expert Discovery

The government does not anticipate any expert discovery pertaining to defendant Meucci.

### Motion Date

Defendant Meucci does not anticipate motions being filed.

**Excludable Delay**

As to defendant Meucci, the Court has previously excluded the period of time from February 12, 2004 through March 11, 2004. The parties request that the period of time from March 11, 2004 through the date of the next status conference be excluded.

**Status Conference**

The parties request that the Court set this matter or further status in approximately thirty days.

| For Defendant Meucci | | MICHAEL J. SULLIVAN<br>United States Attorney |
|---|---|---|
| /s/ ROBERT LOWNEY, Esq.<br>LAURIE | By: | /s/ 3/2/04<br>SUSAN M. POSWISTILO<br>Assistant U.S. Attorney |

2