UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10140-RWZ

UNITED STATES OF AMERICA

v.

JACK WALSH CALVIN
VINCENT MEUCCI

**FURTHER ORDER ON EXCLUDABLE TIME**

March 2, 2004

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

March 2, 2004 through April 8, 2004,

that being the period between today's status conference and the next Interim Status Conference.

Based upon the prior orders of this court dated August 28, 2003, October 14, 2003, November 12, 2003, December 16, 2003 and January 27, 2004 (all issued in connection with Calvin), the order dated February 12, 2004 (relating to Meucci), and this order, as of April 8, 2004, there will be fourteen (14) days of non-excludable time under the Speedy Trial Act (September 25, 2003 - October 8, 2003) and fifty-six (56) days remaining under the Speedy Trial Act in which this case must be tried.

                                              / s / Judith Gail Dein
                                              JUDITH GAIL DEIN
                                              United States Magistrate Judge