UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA                    Criminal No. 03-10140-RWZ

V.

1. JOHN G. PIZZARELLA
2. JACK WALSH CALVIN, AND
3. VINCENT MEUCCI

### DEFENDANT VINCENT MEUCCI'S ASSENTED TO MOTION TO MODIFY TERMS AND CONDITIONS OF RELEASE

Now comes the Defendant, Vincent Meucci and requests that this Honorable Court allow him to modify his Release Conditions so that he may change his residence from 6 Anne Street, Groveland, MA; to 20 Mishawum Road, Woburn, MA. Mr. Meucci would reside there with his sister, Ines Meucci and her longtime companion, Kevin Gerry.

Defense Counsel for Mr. Meucci has notified Pre-Trial Services Officer David Picozzi, and Counsel for the Government and both assent to this request.

Respectfully Submitted,
Vincent Meucci,
By his Attorney,

Robert N. Launie, Esq.
Launie & Marino
1200 East Street
Westwood, MA 02090
(781) 326-9213
BBO# 5648826

Dated: 3-16-04

## CERTIFICATE OF SERVICE

I, Robert N. Launie, Esq. do hereby certify and depose that on this the 16th day of March 2004, I did send a copy of the attached Motion to Modify Terms and Conditions of Release via first class mail postage prepaid to:

Susan M. Poswistilo
Assistant U.S. Attorney
U.S. Courthouse, Suite 9200
1 Courthouse Way
Boston, MA 02210

| | | |
|---|---|---|
| ROBERT N. LAUNIE | **LAUNIE & MARINO** | PAUL V. MARINO |
| LISA A. CHARVES<br>PARALEGAL | *Attorneys at Law*<br>A PROFESSIONAL ASSOCIATION<br>1200 EAST STREET<br>WESTWOOD, MA 02090<br>TELEPHONE (781) 326-9213  FAX (781) 326-0967 | |

March 16, 2004

United States District Court
For the District of Massachusetts
U.S. Courthouse, 1 Courthouse Way
Boston, MA  02210
ATTN: Thomas Quinn, Courtroom Clerk
For Judge Dein

RE:  *United States of America v. John G. Pizzarella, Jack Walsh Calvin and Vincent Meucci*
     <u>*Criminal No. 03-10140-RWZ*</u>

Dear Mr. Quinn:

Enclosed please find:

1. Defendant Vincent Meucci's Assented to Motion to Modify Terms and Conditions of Release;

2. Certificate of Service

Kindly file and docket in your usual manner.

Very truly yours,

Robert N. Launie