

*Filed in open court 4/8/04*

```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. |
| | ) | 03-10140-RWZ |
| v. | ) | |
| | ) | |
| JOHN PIZZARELLA, JACK WALSH | ) | |
| CALVIN and | ) | |
| VINCENT MEUCCI | ) | |
| Defendants. | ) | |

### JOINT STATEMENT

The United States of America and the defendants by their undersigned counsel submit this joint statement regarding the status of the above-referenced case.

### Discovery

The government produced discovery on March 13, 2004. It expects to produce additional reports that are partially related to the superseding indictment to the defendants by close of business. Defendants request approximately two to three weeks to review the discovery, and, if necessary, request reciprocal discovery. If the defendants request additional discovery, the government requests 14 days in which to produce the discovery, or otherwise respond.

### Expert Discovery

If necessary, expert discovery will be the chemist who analyzed the seized narcotics. The defendants have not requested said discovery at this time. The government does not anticipate any expert discovery pertaining to defendant Meucci.

**Motion Date**

Defendant Calvin and Pizzarella have not yet decided whether motions need be filed.

**Excludable Delay**

The parties request that the time period from April 7, 2004 through the next status conference be excluded from the provisions of the Speedy Trial Act.

As of this date, 14 days of non-excludable time has elapsed under the Speedy Trial Act, and 56 days remain under the Speedy Trial Act.

**Status Conference**

The parties request that the Court set this matter or further status in mid-May, 2004.

| For Defendant Meucci | MICHAEL J. SULLIVAN |
| --- | --- |
| | United States Attorney |
| ROBERT LOONEY, Esq. / LAUNIE | By: SUSAN M. POSWISTILO, Assistant U.S. Attorney |
| For Defendant Pizzarella | For Defendant Calvin: |
| ROBERT GEORGE | LEO SOROKIN |

2