UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. |
| ) | 03-10140-RWZ |
| v.               ) | |
| ) | |
| JOHN PIZZARELLA, JACK WALSH ) | |
| CALVIN and         ) | |
| VINCENT MEUCCI      ) | |
|    Defendants.  ) | |

### JOINT STATEMENT

The United States of America and the defendants by their undersigned counsel submit this joint statement regarding the status of the above-referenced case.

### Discovery

The government provided all defendants with discovery in March, 2004. Defendant Calvin requests one week from today to send out his discovery letter.

### Expert Discovery

If necessary, expert discovery will be the chemist who analyzed the seized narcotics. The defendants have not requested said discovery at this time. The government does not anticipate any expert discovery pertaining to defendant Meucci.

### Motions Date

Defendant Calvin requests a motion date for June 17, 2004. The government requests that its response be due on July 12, 2004, for the reason that counsel for the government has a previously scheduled vacation from June 17, 2004 through June 28, 2004.

**Excludable Delay**

The parties request that the time period from May 25, 2004 through the motions date be excluded from the provisions of the Speedy Trial Act.

As of this date, 14 days of non-excludable time has elapsed under the Speedy Trial Act, and 56 days remain under the Speedy Trial Act.

**Conference**

The parties suggest that this matter be set for a final status conference on June 16, 2004.

For Defendant Meucci

/s/ ROBERT LAURIE, Esq.

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ SUSAN M. POSWISTILO
Assistant U.S. Attorney

For Defendant Pizzarella

/s/ ROBERT GEORGE

For Defendant Calvin:

/s/ LEO SOROKIN

2