UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10140-RWZ

UNITED STATES OF AMERICA

v.

JOHN PIZZARELLA
JACK WALSH CALVIN
VINCENT MEUCCI

**FURTHER ORDER ON EXCLUDABLE TIME**

May 25, 2004

DEIN, M.J.

In accordance with the agreement of the parties, this court orders the following period of time excludable from the time period within which trial must commence:

May 25, 2005 - July 16, 2004

that being the period between today's status conference and the Final Status Conference.

Based upon the prior orders of this court dated August 28, 2003, October 14, 2003, November 12, 2003, December 16, 2003 and January 27, 2004 (all relating to Calvin), February 12, 2004 (relating to Meucci), March 2, 2004 (relating to Calvin and Meucci), April 8, 2004 (relating to all defendants) and this order, as of July 16, 2004 there will be fourteen (14) days of non-excludable time under the Speedy Trial Act (September 25, 2003 - October 8, 2003) and fifty-six (56) days remaining under the Speedy Trial Act in which this case must be tried.

_/ s / Judith Gail Dein_
JUDITH GAIL DEIN

-2-

                    United States Magistrate Judge