UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. |
| | ) | 03-10140-RWZ |
| v. | ) | |
| | ) | |
| JOHN PIZZARELLA, JACK WALSH | ) | |
| CALVIN and | ) | |
| VINCENT MEUCCI | ) | |
| Defendants. | ) | |

### FINAL STATUS MEMORANDUM

The United States of America and the defendants by their undersigned counsel submit this final status memorandum in the above-referenced case.

### Discovery/Additional Discovery

The government received a discovery letter from defendant Calvin on June 3, 2004, and responded on June 14, 2004. The government agreed to provide defendant Calvin with: (1) record of payments to the cooperating witness; records of agreements with the cooperator; and other benefits received; and, (2) agents notes of interviews with defendant Calvin and the cooperating witnesses.

### Defense of Insanity/Public Authority

Defendants Calvin and Pizzarella do not intend to present such defenses.

### Request for Alibi

The government requested notice of alibi on March 15, 2004 from all defendants. No response has been received.

**Motions**

On May 25, 2004, the court ordered that all motions be filed by June 17, 2004, and that the government respond by July 12, 2004. No motions have been filed.

**Further Scheduling**

No additional schedules are required.

**Resolution of the Case**

Defendant Meucci has indicated his intent to enter a change of plea. The parties are currently attempting to work out the terms of a plea agreement.

Defendants Calvin and Pizzarella demand a trial.

**Excludable Delay**

On May 25, 2004, the court excluded the period of time from May 25, 2004, through July 12, 2004, from the provisions of the Speedy Trial Act. Accordingly, as of July 12, 2004, 14 days of non-excludable time will have been elapsed under the Speedy Trial Act, and 56 days remain under the Speedy Trial Act.

**Length of Trial**

The government anticipates approximately 4 days for its case-in-chief.

| | |
|---|---|
| For Defendant Meucci | MICHAEL J. SULLIVAN<br>United States Attorney |
| /s/ Robert Launie/sms (consent 6/15/04)<br>ROBERT LAUNIE, Esq. | By: /s/ Susan Poswistilo<br>SUSAN M. POSWISTILO<br>Assistant U.S. Attorney |

For Defendant Pizzarella                For Defendant Calvin:

*Robert George* /smp-phone              *[signature]*
——————————————————        ——————————————————
ROBERT GEORGE    *correct*              LEO SOROKIN
                 6/16/04