UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Criminal No.
03-10140-RWZ

UNITED STATES OF AMERICA

v.

JOHN G. PIZZARELLA
JACK WALSH CALVIN
VINCENT MEUCCI

**FINAL STATUS REPORT**

July 22, 2004

DEIN, M.J.

A Final Status Conference was held before this court on Thursday, July 22, 2004, pursuant to the provisions of Local Rule 116.5(C). Based on that conference, this Court enters the following report, in accordance with Local Rule 116.5(D):

1. The government and the defendant Meucci are in the process of attempting to finalize a plea agreement, but several issues remain unresolved at this time. The defendant Calvin is reviewing recently produced information and will assess whether an agreement may be reached. The defendant Pizzarella anticipates a trial of this matter. **The parties request that an Initial Pretrial Conference be scheduled for September 15, 2004 or as soon thereafter as the court deems appropriate.**

2. Discovery is completed.

3. There are no outstanding or anticipated discovery issues.

4. The defendants do not intend to file any dispositive motions.

5. Based upon the prior orders of this court dated August 28, 2003, October 14, 2003, November 12, 2003, December 16, 2003 and January 27, 2004

      (all issued in connection with Calvin), the order dated February 12, 2004 (relating to Meucci), and the orders dated April 8, 2004, May 25, 2004 and June 16, 2004 (relating to all defendants), as of July 22, 2004, there are fourteen (14) days of non-excludable time under the Speedy Trial Act (September 25, 2003 - October 8, 2003) and fifty-six (56) days remaining under the Speedy Trial Act in which this case must be tried. The court has, on this date, entered an order excluding the time from this date through September 15, 2004, to give the parties additional time to resolve this matter.

6. It is estimated that if the case goes to trial, the trial will last approximately 5 -7 days.

7. The file is hereby ordered returned to the District Judge to whom this case is assigned for further proceedings.

                    / s / Judith Gail Dein
                    Judith Gail Dein
                    United States Magistrate Judge