UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES )<br>)<br>v. )<br>)<br>VINCENT MEUCCI )<br>    Defendant )<br>_____) | Criminal No. 03-10140-RWZ |

### ASSENTED TO MOTION TO REVISE PRETRIAL CONDITIONS

Now come the parties in the above captioned matter and respectfully requests this Honorable Court revise his Pre-Trial Conditions to permit him to travel to Florida in order to visit with his children.

As reasons therefore,

1. The defendant and his wife recently divorced and his ex-wife and children now reside in Florida

2. His itinerary includes departure from Logan Airport to Fort Meyers on August 26th on Delta flight 1995 at 3:15p.m. with an arrival time of 6:33 p.m. and a return flight on August 29th, 2004 arriving Logan Airport at 10:40 p.m. He would stay with his ex-wife and children at 740 Tarpin Cove Drive #201, in Naples, Florida. The phone number at the residence is (239) 594-0862.

3. Permission for such a revision has been granted by the Federal Pre-Trial Services.

4. As per discussion of the above, the Assistant U. S. Attorney assents to Defendant's request.

Respectfully Submitted,
Vincent Meucci,
By His Attorney,

Robert N. Launie, Esq.
LAUNIE & MARINO
1200 East Street
Westwood, MA 02090
(781) 326-9213
BBO# 548826

Allowed
[signature]
8/24/04

## CERTIFICATE OF SERVICE

     I, Robert N. Launie do hereby certify that a copy of the enclosed **Motion to Revise Pre-Trial Conditions** was hand delivered to AUSA Susan Poswistilo, U.S. Attorney's Office, U.S. Courthouse, Suite 9200, 1 Courthouse Way, Boston, MA 02210 on this 24th day of August 2004.

Robert N. Launie