UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES | ) | Criminal No. 03-10140-RWZ |
| | ) | |
| v. | ) | |
| | ) | |
| VINCENT MEUCCI | ) | |
| Defendant | ) | |
| | ) | |

### ASSENTED TO MOTION TO REVISE PRETRIAL CONDITIONS

Now come the parties in the above captioned matter and respectfully requests this Honorable Court revise his Pre-Trial Conditions to permit him to travel to Florida in order to visit with his children.

As reasons therefore,

1. The defendant and his wife recently divorced and his ex-wife and children now reside in Florida.

2. His itinerary includes departure from Logan Airport to Fort Meyers on December 17th on Delta flight 2022 at 9:50 a.m. and a return flight on December 20th, 2004 on flight Delta Flight1994 arriving Logan Airport at 10:50 p.m. He would stay with his ex-wife and children at 1212 Osfort Lane in Naples, Florida. The phone number at the residence is (239) 262-0387.

3. Permission for such a revision has been granted by the Federal Pre-Trial Services.

4. As per discussion of the above, the Assistant U. S. Attorney assents to Defendant's request.

Respectfully Submitted,
Vincent Meucci,
By His Attorney,

Robert N. Launie, Esq.
LAUNIE & MARINO
1200 East Street
Westwood, MA 02090
(781) 326-9213
BBO# 548826

## CERTIFICATE OF SERVICE

I, Robert N. Launie do hereby certify that a copy of the enclosed **Motion to Revise Pre-Trial Conditions** was sent via first class mail to AUSA Susan Poswistilo, U.S. Attorney's Office, U.S. Courthouse, Suite 9200, 1 Courthouse Way, Boston, MA 02210 on this 8th day of December 2004.

/s/ Robert N. Launie