UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Criminal No. |
| | ) | 03-10140-RWZ |
| v. | ) | |
| | ) | |
| **JOHN G. PIZZARELLA, JACK** | ) | |
| **CALVIN, and VINCENT MEUCCI,** | ) | |
| | ) | |
| **Defendants.** | ) | |

## UNITED STATES' MOTION TO EXCLUDE TIME
### (ASSENTED TO)

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, respectfully moves, pursuant to 18 U.S.C. § 3161(h), for entry of an order excluding the time from November 10, 2004, through March 28, 2005, from Speedy Trial computations.

As grounds for this motion, the government states that this case was originally scheduled for trial on December 13, 2004. Defendant Calvin filed a motion to continue the trial based upon counsel's previous trial commitments. All parties agreed to the motion, and the Court rescheduled the trial for March 28, 2005. Under 18 U.S.C. § 3161(h)(8), the time should be excluded because the ends of justice to be served by rescheduling the trial outweigh the best interest of the public and the defendants for a speedy trial.

On December 2, 2004, all counsel verbally agreed that the time until March 28, 2005, should be excluded from Speedy Trial computations.

WHEREFORE, the government requests that its motion be granted and the Court exclude the period of time from November 10, 2004 through March 28, 2005, from computations under the Speedy Trial Act.

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                     By:   /s/ Susan M. Poswistilo
                           SUSAN M. POSWISTILO
                           Assistant U.S. Attorney