UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | Criminal No. |
| ) | 03-10140-RWZ |
| v.  ) | |
| ) | |
| **JOHN G. PIZZARELLA, JACK** ) | |
| **CALVIN, and VINCENT MEUCCI,** ) | |
| ) | |
| **Defendants.** ) | |

**GOVERNMENT'S WITNESS LIST**

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, submits the following list of witnesses it anticipates it will use in its case-in-chief.

**Law Enforcement Witnesses**

DRUG ENFORCEMENT ADMINISTRATION

Michael P. Cashman
Special Agent
Boston, MA

Daniel Bull
Special Agent
Boston, MA

Matthew Deignan
Special Agent
Boston, MA

Joseph Tamuleviz
Special Agent
Boston, MA

Patricia Dzidosz
Special Agent
Boston, MA

```
Mark P. James
Special Agent
Richmond, VA

Daniel Neill
Special Agent
Houston, TX

Ken Fuentecilla
Forensic Chemist
DEA
```

IMMIGRATION AND CUSTOM ENFORCEMENT
(formerly U.S. Customs)

```
Donald Lenzie
Special Agent
Manchester, NH

John Coleman
Special Agent
Boston, MA

Joseph Grillo
Special Agent
Boston, MA

Randy Hilding
Special Agent
Houston, TX

Paul Skinner
Special Agent
Houston, TX

Bill Forte
Special Agent
Alpine, TX
```

OTHER LAW ENFORCEMENT

```
Trooper Richard Ridlon, Massachusetts State Police
Sgt. Jack Henley, Massachusetts State Police
Trooper David Jung, Massachusetts State Police
```

Joao Monteiro, Boston Housing Authority

Kent Mullin, Hanover County Sheriff's Department
Hanover, VA

Floyd Winkler, Houston Police Dep't
Houston, TX

John Geibel, Rowley Police Department
Rowley, MA

Lt. John Venutti, Richmond Police Department

Detective Ray Leezer, Louisville Metro Police Department
Louisville, KY

Detective Mark Slaughter, Floyd County Indiana Sheriff's Department
Indianapolis, IN

## CIVILIAN WITNESSES

Eric Davidson
Houston, TX

William Pendleton
Richmond, VA

Stephen Anza
Richmond, VA

The government reserves the right to supplement and/or amend this list as necessary.  In addition, the government has not listed any witnesses it may use on rebuttal .

                            MICHAEL J. SULLIVAN
                            United States Attorney


                By:   /s/ Susan M. Poswistilo
                     SUSAN M. POSWISTILO
                     WILLIAM WEINREB
                     Assistant U.S. Attorneys