UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Criminal No. |
| | ) | 03-10140-RWZ |
| v. | ) | |
| | ) | |
| **JOHN G. PIZZARELLA, JACK** | ) | |
| **CALVIN, and VINCENT MEUCCI,** | ) | |
| | ) | |
| **Defendants.** | ) | |

**GOVERNMENT'S EXHIBIT LIST**

The United States of America, by its attorney, Michael J. Sullivan, submits the following list of exhibits it currently intends to offer in its case-in-chief:

1. Photographs of 364-366 Washington Street, Malden

2. Video of Pizzarella (4/6/2003) - DEA Exhibit N-30

2-A. Composite of video - 4/6/2003

3. Photographs of marijuana in truck

4. Video of 364-366 Washington Street a/f arrest (includes photos of DEA Exhibit N-2) - DEA Exhibit –N-37

5. Digital Scale seized from 364-366 Washington Street

6. Box of 30 gallon trash bags

7. Box of fabric softener

8. Cell Phone seized from John Pizzarella

9. Cell Phone seized from John Pizzarella

10. Phone book seized from Pizzarella residence

11. Copy of Internet printout - NORML Penalties - seized from Pizzarella residence

12. Cassette of conversation between CW-2 and Pizzarella (DEA Ex. N-37)

12A. Transcript of DEA N-37

13.  Photographs of DEA Exhibit N-3

14.  Photographs of 6 Applewood Lane, Saugus, MA

15.  Pistol seized from Pizzarella residence

16.  Ammunition seized from Pizzarella residence

17.  Firearm Identification Card - John Pizzarella

18.  Scale seized from Pizzarella residence

19.  Plastic bags seized from Pizzarella residence

20.  Heat sealer seized from Pizzarella residence

21.  Photographs of surveillance in Louisville, KY, on April 4, 2003

22.  Recorded Conversation between CW-2 and Calvin on September 4, 2002

22A. Transcript of September 4, 2002 conversation

22B  Recorded Conversation between CW-2 and Calvin on September 5, 2002

22C. Transcript of September 5, 2002 conversation

23.  Recorded Conversation between CW-2 and Calvin on September 12, 2002

23A  Transcript of September 12, 2002 conversation

24.  Recorded conversation between CW-2 and Calvin on January 9, 2003

24A. Transcript of recorded conversation between CW-2 and Calvin on January 9, 2003

24C  Recorded conversation between CW-2 and Calvin on January 26, 2003

25.  Recorded conversation between CW-2 and Calvin on March 16, 2003

25A. Transcript of recorded conversation between CW-2 and Calvin on March 16, 2003

26. Recorded conversations between CW-2 and Calvin on April 3-6, 2003

27. Transcript of recorded conversations between CW-2 and Calvin on April 3-6, 2003;

28. Recorded conversation between CW-2 and Pizzarella on April 6, 2003;

29. Transcript of recorded conversation between CW-2 and Pizzarella on April 6, 2003

30. Recorded conversation between CW-2 and Calvin on April 6, 2003

30A. Transcript of recorded conversation between CW-2 and Calvin on April 6, 2003

31. Photographs of DunMar Records Management Company

32. Photographs of Hardees, Wendy's and Holiday Inn Express, Richmond Virginia

33. NJ Turnpike Toll receipt (3/7/2002)

34. Store 144, Augusta, GA receipt (6/8/2002)

35. Mohegan Sun documents (July 2002)

36. Pilgrim Inn Receipt, Lee, MA October 2, 2002

37. Red Lion Inn Receipt, Stockbridge, MA November, 5, 2002

38. Summons from Commonwealth of Virginia, October 6, 2002

39. National Park Service Warning Notice, July 11, 1999

40. Bills of Lading, 2/28/2000

40A. Bill of Lading, 4/14/2000

40B. Bill of Lading, 12/8/2000

40C. Bill of Lading, 6/24/2001

40D. Bill of Lading, 7/11/2001

40E. Bill of Lading, 7/22/2001

41. Receipt from Speedway #8446, Bowman, SC (6/25/2001)

42. Receipt from I-40 Tires Inc, Cookeville, TN (9/29/2001)
43. Receipt from PETRO, Mebane, NC (9/29/2001)
44. Receipt from Williams Travel Center (9/30/2001)
45. Receipt from Sears Auto Center, Lanesboro, MA 9/11/2002
46. US Clay Postal Money Orders (1/22/2002)
47. US Clay Invoice (1/22/2002)
48. US Clay Sales Order Form (1/28/2001)
49. US Clay, Bill of Lading (1/27/2002)
50. US Clay, Sales Order Form (1/17/2001)
51. US Clay, Bill of Lading (1/22/2001)
52. Invoice, Houston to Boston, MA dated 12/8
53. Driver's Daily Log, with entries in October, 1999
54. Telephone/Address Day Runner Book
55. Telephone/Address Book
56. Telephone/Address Book Day Runner
57. Pizzarella Wedding Invitation, 8/3/2002
58. Jackson Motor Home Rental Receipt
59. Executive West receipt for Jack Calvin, 4/3-4/4/2003
60. Calvin Telephone/Address Book
61. Receipt: T-Mobile dated 3/22/2003
62. Handwritten notes with phone numbers
63. Samples of marijuana obtained from Calvin on April 4, 2003 (DEA Exhibit N-1)
64. Samples of marijuana seized from 364-366 Washington Street, Malden, MA on April 6, 2003 (DEA Exhibit N-2)
65. Marijuana seized from 6 Applewood Lane, Saugus, MA on April 6, 2003

66. Photograph of 14 Ward Terrace, Lynnfield MA

67. Photograph of 405 Boston Road, Topsfield, MA

68. Photograph of Christmas Tree Shop, Route 1, Saugus, MA

69. Photograph of 9005 Rowan Lane, Houston, TX

70. Certified copy of rental documents for 364-66 Washington Street, Malden, MA

71. Certified copies of real property records:
    14 Ward Terrace, Lynnfield MA
    405 Boston Road, Topsfield, MA
    6 Applewood Road, Saugus, MA
    9005 Rowan Lane, Houston, TX

72. Certified copy of RMV Documents for 1994 Cadillac Seville, MA registration No. 6119SN

73. Certified copy of U-Haul rental documents

74. Certified copy of Holiday Inn Express, Airport-Richmond, VA, room rental documents

75. Certified copy from Hampton Inn, Saugus, MA room rental document

The above list does not include rebuttal documents, if any. The government reserves the right to amend and/or supplement its exhibit list as necessary.

                                    MICHAEL J. SULLIVAN
                                    United States Attorney


                              By:   /s/ Susan M. Poswistilo
                                    SUSAN M. POSWISTILO
                                    WILLIAM WEINREB
                                    Assistant U.S. Attorneys