```
             UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Criminal No. |
| | ) | 03-10140-RWZ |
| v. | ) | |
| | ) | |
| **JOHN G. PIZZARELLA, JACK** | ) | |
| **CALVIN, and VINCENT MEUCCI,** | ) | |
| | ) | |
| **Defendants.** | ) | |

### GOVERNMENT'S REQUESTED QUESTIONS FOR THE JURY VENIRE

The United States of America, by its attorneys, United States Attorney Michael J. Sullivan, and Assistant U. S. Attorneys Susan M. Poswistilo and William D. Weinreb, hereby requests that, in addition to those questions commonly put to the <u>venire</u> in cases commenced in this Court, the Court pose the following questions to the prospective jurors in this case:

1. The United States of America is one of the litigants in this trial. You will hear the United States referred to throughout the trial as "the government." Have you, an immediate family member, or a close friend:

   (a) ever been charged with a crime (other than a traffic violation)?

   (b) ever filed a lawsuit or claim of any kind against a law enforcement officer?

   (c) ever filed a lawsuit or claim against the federal government or one of its agencies? Have you ever been sued by the federal government or one of its agencies?

   (d) ever had any involvement, of any sort, with the Federal Bureau of Investigation, otherwise known as the FBI?

   (e) ever had any involvement, of any sort, with the Drug

Enforcement Administration?

(f) ever been arrested or detained by a law enforcement official without being charged with a crime?

(g) been employed by the United States Attorney's Office, the United States Probation Office, the United States Pre-Trial Services Office, the United States District Court Clerk's Office, the United States Marshal's Service, or the FBI?

2. Have you, any family member or a close friend ever been the victim of a crime? If so, when was the crime committed, what was your relationship to the victim, what was the crime and what was the outcome of the case?

3. In this case, the defendants are charged with participating in a conspiracy to possess and distribute marijuana.  Do you have any beliefs or feelings about drug laws that might affect your ability to decide this case fairly and impartially?

4. Do you have any beliefs or feelings about the use or distribution of marijuana, that might affect your ability to decide this case fairly and impartially?

5. Do you have feelings about the government that would in any way impair your ability to be a fair an impartial juror in this case?

6. Some of the witnesses expected to be called by the United States at trial are Special Agents of the Drug Enforcement Administration and police officers.  Have you or has anyone close to you had any experience with law enforcement that would prevent

you from judging a law enforcement witness in the same way that you would judge any other witness?

    7.   You will hear that this investigation was conducted by agents of the DEA. Do any of you have any feelings about the DEA or their use of informants that would affect your ability to be fair and impartial?

    8.   Do you know of any reason whatsoever why you cannot sit as a fair and impartial juror in the trial of this case?

                                      Respectfully submitted,

                                      MICHAEL J. SULLIVAN
                                    United States Attorney

                 BY:     /s/ Susan M. Poswistilo
                                    SUSAN M. POSWISTILO
                                    WILLIAM WEINREB
                                    Assistant U.S. Attorneys

Dated: March 21, 2005