## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V. )<br>)<br>VINCENT MEUCCI )<br>) | C.R. No.: 03-10140-RWZ |

### DEFENDANT VINCENT MEUCCI'S ASSENTED TO MOTION TO MODIFY TERMS AND CONDITIONS OF RELEASE

Now comes the Defendant, Vincent Meucci and respectfully requests that this Honorable Court allow him to modify his Release Conditions so that he may travel to Florida on April 28, 2005 and return to Boston on May 2, 2005. The purpose of this request is so that Mr. Meucci can visit with his children before sentencing which is scheduled for June 14, 2005. Pre-trial Services Officer, David Picozzi, has been informed of this request and assents to Mr. Meucci being allowed to travel. Assistant United States Attorney, Susan Poswistilo, has also been informed of this request and assents to Mr. Meucci being allowed to travel.

Mr. Meucci will be departing Boston on April 28, 2005 at 3:40 P.M and arriving in Fort Myers at 6:58 P.M. While in Florida, Mr. Meucci will be residing at 1212 Oxford Lane in Naples, Florida were his children are living with their mother. Mr. Meucci will be returning to Boston on May 2, 2005 and will arrive in Boston at 8:00 P.M.

Respectfully Submitted,
Vincent Meucci,
By His Attorney,

Robert N. Launie, Esq.
LAUNIE & MARINO
1200 East Street
Westwood, MA 02090
(781) 326-9213
BBO# 548826

## CERTFICATE OF SERVICE

I, Robert N. Launie, Esq., do hereby certify that a copy of Defendant's Assented to Motion to Modify Terms and Conditions of Release has been sent first class mail, postage pre-paid this 20th day of April, 2004 to:

Susan Poswistilo, AUSA
U.S. Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210

Robert N. Launie, Esq.