UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | CRIMINAL NO. 03-CR-10140-RWZ |
| ) | |
| **JOHN PIZZARELLA, et al.,** ) | |
| Defendants ) | |

## NOTICE OF APPEARANCE

Now comes the Assistant United States Attorney ("AUSA") and hereby gives notice of her appearance as government counsel in the above-captioned matter.

                                        Respectfully submitted,

                                        MICHAEL J. SULLIVAN
                                        United States Attorney

By: */s/ Rachel E. Hershfang*
      RACHEL E. HERSHFANG
      Assistant U.S. Attorney
      United States Attorney's Office
      One Courthouse Way, Suite 9200
      Boston, MA 02210
      (617) 748-3249

Dated: June 22, 2005