

U.S. Department of Justice

*Michael J. Sullivan*
*United States Attorney*
*District of Massachusetts*

---

*Main Reception: (617) 748-3100*   *John Joseph Moakley United States Courthouse*
*1 Courthouse Way*
*Suite 9200*
*Boston, Massachusetts 02210*


June 30, 2005


By Facsimile Transmission and First Class Mail

Robert A. George, Esq.
Robert George & Associates, P.C.
77 Newbury St.
Boston, MA 02116


    Re: United States v. John Pizzarella
        No.  03-10140-RWZ

Dear Mr. George:

    As you are aware, Mr. Pizzarella's trial begins on Monday, July 11, 2005, approximately 10 days from now.  Tomorrow morning at 9:30 his codefendant, Jack Walsh Calvin, will tender a guilty plea to Counts 2 and 3 of the indictment.  Mr. Calvin has also moved to sever his trial from that of Mr. Pizzarella; whatever the outcome of that motion, we plan to try Mr. Pizzarella beginning on July 11.

    Accordingly, **unless you indicate to the Court, in writing, by 5:00 p.m. on Tuesday, July 5, that your client will tender a guilty plea, I will oppose a three-level reduction for acceptance of responsibility.**  As the basis for this opposition, please be aware that, as of Tuesday morning, both Ms. Poswistilo and I, as well as the assigned DEA case agent, will be working full-time to prepare for trial.  In addition to diverting these prosecutorial resources from other cases, the government will incur the expense of bringing out-of-state witnesses (including Mr. Pendleton and the chemist) to Massachusetts to prepare for trial, and will disrupt those individuals' schedules.  (I am aware, for example, that the chemist was scheduled to attend training that week, which he will obviously miss if he is told he is needed for

Mr. George
June 30, 2005
Page 2

trial.)  In addition, Ms. Poswistilo will not be able to try another case for which she is trial counsel, and which begins on Tuesday, July 5.

                                      Very truly yours,

                                      MICHAEL J. SULLIVAN
                                      United States Attorney

                          By:  <u>/s/ Rachel E. Hershfang</u>
                               Rachel E. Hershfang
                               Assistant U.S. Attorney

cc:   Lisa Urso, Clerk to the Hon. Rya W. Zobel
      Susan M. Poswistilo, AUSA