UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>V. )<br>)<br>VINCENT MEUCCI )<br>) | C.R. No.: 03-10140-RWZ |

### NOTICE OF APPEAL

Now comes the defendant, Vincent Meucci, and hereby claims an appeal from the judgment of conviction entered on June 24, 2005.

        Respectfully Submitted,
        Vincent Meucci,
        By His Attorney,

        Robert N. Launie, Esq.
        LAUNIE & MARINO
        1200 East Street
        Westwood, MA 02090
        (781) 326-9213
        BBO# 548826

## CERTIFICATE OF SERVICE

I, Paul V. Marino, Esq. do hereby certify that a copy of Defendant's Notice of Appeal has been sent via First Class Mail, postage pre-paid, this ___1st___ day of July, 2005 to:

Susan Poswistilo, A.U.S.A.
U.S. Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210

_____
Paul V. Marino, Esq.