# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

USCA Docket Number:

USDC Docket Number : 03-cr-10140

United States of America

v.

Vincent Meucci

## CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents as indicated on the certified copy of the docket and contained in Volume(s) NOA #113, 55, 108, 109 are the original pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 7/1/05.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on July 12, 2005.

Sarah A Thornton, Clerk of Court

By: /s/ Paul Williams

Jeanette Ramos, Deputy Clerk

Receipt of the documents in the above entitled case is hereby acknowledged this date: 7/13/05.

/s/ Barclay

Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____