UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V. ) | C.R. No.: 03-10140-RWZ |
| ) | |
| VINCENT MEUCCI ) | |
| ) | |

**MOTION TO WITHDRAW NOTICE OF APPEAL**

Now comes the defendant, Vincent Meucci, and hereby moves this Honorable Court to allow him to withdraw his notice of appeal from the judgment of conviction entered on June 24, 2005.

Respectfully Submitted,
Vincent Meucci,
By His Attorney,

Robert N. Launie, Esq.
LAUNIE & MARINO
1200 East Street
Westwood, MA 02090
(781) 326-9213
BBO# 548826

## CERTIFICATE OF SERVICE

    I, Paul V. Marino, Esq. do hereby certify that a copy of Defendant's Motion to Withdraw Notice of Appeal has been sent via facsimile & U.S. Mail this __14th__ day of July, 2005 to:

Susan Poswistilo, A.U.S.A.
U.S. Courthouse
1 Courthouse Way
Suite 9200
Boston, MA 02210

                                                            Paul V. Marino, Esq.