# MANDATE

# United States Court of Appeals
## For the First Circuit

No. 05-2057

UNITED STATES

Appellant

v.

VINCENT MEUCCI

Defendant - Appellant

**JUDGMENT**
Entered: July 25, 2005

Upon consideration of appellant's unopposed motion,

It is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b).

Mandate to issue forthwith.

Certified and Issued as Mandate
under Fed. R. App. P. 41.

Richard Cushing Donovan, Clerk

_George Kretas_
Deputy Clerk
Date: 10/25/05

By the Court:
Richard Cushing Donovan, Clerk

LYNNE ALIX MORRISON

By: _____
Appeals Attorney

[cc: Paul V. Marino, Esq., Robert N. Launie, Esq., Susan M. Poswistilo, AUSA, Rachel E. Hershfang, AUSA, Dina Michael Chaitowitz, AUSA, Vincent Meucci]