U.S. Department of Justice
United States Marshals Service

**PROCESS RECEIPT AND RETURN**

| PLAINTIFF UNITED STATES OF AMERICA | COURT CASE NUMBER No. 03-10140-RWZ |
|---|---|
| DEFENDANT JOHN G. PIZZARELLA  *FILED IN CLERKS OFFICE* | TYPE OF PROCESS Preliminary Order of Forfeiture |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN |
|---|---|
| | 6 Apple Wood Lane, Saugus, MA 01906 |
| | ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code) *DISTRICT COURT DISTRICT OF MASS.* |

| SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW: | Number of process to be served with this Form - 285 | |
|---|---|---|
| Jennifer Zacks, Assistant U.S. Attorney United States Attorney's Office John Joseph Moakley United States Courthouse 1 Courthouse Way, Suite 9200 Boston, MA 02210 | Number of parties to be served in this case | |
| | Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

Please serve notice upon the real property referenced above of this forfeiture action by posting and walking the attached Preliminary Order of Forfeiture.
CATS No. 06-DEA-459582                                                                KAB x.3294

| Signature of Attorney or other Originator requesting service on behalf of : *Jennifer H. Zacks/LTT*  ☒ PLAINTIFF  ☐ DEFENDANT | TELEPHONE NUMBER (617) 748-3100 | DATE November 21, 2005 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) No._____ | Total Process No._____ | District of Origin No. 38 | District to Serve No. 38 | Signature of Authorized USMS Deputy or Clerk | Date 11/25/05 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

| Name and title of individual served (If not shown above). | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | | |
|---|---|---|---|
| Address (complete only if different than shown above) | Date of Service 12/1/05 | Time 10:15 ☒ am ☐ pm | |
| | Signature of U.S. Marshal or Deputy | | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| | | | | | | |

REMARKS:

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM 285 (Rev. 12/15/80) |
|---|---|---|

☐ USMS RECORD    ☐ NOTICE OF SERVICE    ☐ BILLING STATEMENT    ☐ ACKNOWLEDGMENT OF RECEIPT