### UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| **V.** | ) |
| **1. JOHN PIZZARELLA,** | )    **No.03-10140-RWZ** |
| **2. JACK WALSH CALVIN,** | ) |
| **3. VINCENT MEUCCI,** | ) |
| | ) |
| **Defendants** | ) |

### MOTION TO WITHDRAW AS COUNSEL

The undersigned Assistant United States Attorney hereby moves to withdraw as counsel of record for the above-captioned case.  In support of this motion, the undersigned states as follows:

1.    Another Assistant United States Attorney continues to represent the United States of America in this case; and

2.    That AUSA has represented the United States during the duration of the case and will continue to represent the United States in this action;

Therefore, the undersigned respectfully seeks the Court's permission to withdraw as counsel in the above-captioned matter.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/ Rachel E. Hershfang
RACHEL E. HERSHFANG
Assistant U.S. Attorney

Dated: January 24, 2006