UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA,        )<br>          Plaintiff,      )<br>                              )<br>     v.                       )<br>                              )<br>JOHN PIZZARELLA, et al.,      )<br>          Defendants.         ) | Criminal No. 03-10140-RWZ |

**NOTICE OF APPEARANCE**

Pursuant to L.R. 83.5.2, please enter the appearance of the undersigned Assistant United States Attorney as counsel for the United States in the above-captioned matter for the purposes of receiving ECF Notices.

                                 Respectfully submitted,

                                 MICHAEL J. SULLIVAN
                                 United States Attorney

                        By: /s/Jennifer H. Zacks
                            JENNIFER H. ZACKS
                            Assistant U.S. Attorney
                            1 Courthouse Way, Suite 9200
                            Boston, MA 02210
                            (617) 748-3100

Date: March 3, 2006