```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA       )
                               )
          v.                   )  CRIMINAL NO. 03-10140-RWZ
                               )
JOHN G. PIZZARELLA, et al.,    )
          Defendants.          )
                               )
_____ )
                               )
JOANNE RUSSO                   )
          Claimant.            )
```

**UNITED STATES' MOTION TO COMPEL CLAIMANT JOANNE RUSSO
TO PROVIDE ANSWERS TO INTERROGATORIES AND REQUESTS FOR
DOCUMENTS BY FRIDAY, JUNE 30, 2006**

The United States of America, by its attorney, Michael J. Sullivan, United States Attorney for the District of Massachusetts, hereby moves, pursuant to Federal Rule of Civil Procedure 37(a)(2)(B), in conjunction with Supplemental Rule for Certain Admiralty and Maritime Claims C(6)(c), to compel Joanne Russo ("Claimant") to provide answers to the United States' interrogatories and document requests in the above-captioned matter. Joanne Russo's responses to the interrogatories and document requests were due on May 17, 2006. As of today, June 12, 2006, Claimant has failed to provide the requested discovery.

**Factual Background**

On April 14, 2006, the United States, pursuant to Supplemental Rule for Certain Admiralty and Maritime Claims C(6)(c) and Federal Rule of Civil Procedure 26 and 33 and Local Rules 26.5 and 33.1, served interrogatories and requests for request for document

1

production on the claimant, Joanne Russo, by certified mail. Under Federal Rule of Civil Procedure 33 (b)(3), the Claimant's responses were due thirty days later, on May 17, 2006. Also, on April 14, 2006, the United States sent a Notice of Deposition to the Claimant, by certified mail, scheduling her deposition in this matter for May 25, 2006 at 10:00 am.

On May 17, 2006, having received no responses to the United States' interrogatories or document requests, the government contacted Claimant's counsel, Attorney J. Thomas Kerner. Counsel indicated that he may have another court matter scheduled for May 25, 2006, the date of Claimant's deposition, and may need to reschedule Claimant's deposition. In light of this statement, and to avoid incurring unnecessary expense, the Claimant's scheduled deposition was cancelled and rescheduled to July 12, 2006 at 10:00 am. A new Notice of Deposition was sent to Claimant's counsel on May 25, 2006 by certified mail. A letter was included with the Notice of Deposition requesting the responses to interrogatories and document requests by June 2, 2006 and stating that if responses were not received by that date, the government would file a Motion to Compel. No responses to the interrogatories or document requests were received by June 2, 2006, nor did Counsel file a motion to request to extend the discovery dates.

As of today, June 12, 2006, the United States has not received any responses to its interrogatories or document requests, nor has the United States received a request for an extension of the date in which the document requests and interrogatories are due.

Wherefore, in light of the short time remaining before the Claimant's July 12, 2006 deposition, the United States respectfully requests that the Court allow this motion and issue an order compelling the Claimant to provide responses to the United States interrogatories and document requests by **Friday, June 30, 2006**.

>
> Respectfully submitted,
> MICHAEL J. SULLIVAN
> United States Attorney
>
> By: /s/ JENNIFER H. ZACKS
> Jennifer H. Zacks
> Assistant U.S. Attorney
> 1 Courthouse Way, Suite 9200
> Boston, MA 02210
> (617) 748-3100

Date: June 12, 2006

## CERTIFICATE OF SERVICE

I, Jennifer H. Zacks, Assistant U.S. Attorney, hereby certify that the foregoing Motion to Compel was filed through the Electronic Court Filing system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

> /s/Jennifer H. Zacks
> Jennifer H. Zacks
> Assistant U.S. Attorney

Date: June 12, 2006