AO 458 (Rev. 10/95)  Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  Massachusetts

FILED
CLERKS OFFICE
2006 SEP 20 A 9:08
DISTRICT COURT
DISTRICT OF MASS.

## APPEARANCE

Case Number: 03-10140-RWZ

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for   MorEquity, Inc.

I certify that I am admitted to practice in this court.

9/19/06
Date

Signature

Robert T. Bevans                    548067
Print Name                        Bar Number

255 Bear Hill Road
Address

Waltham              MA              02154
City                 State           Zip Code

781-890-6230                        781-890-4472
Phone Number                        Fax Number