UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 03-10140-RWZ |
| | ) | |
| JOHN G. PIZZARELLA, | ) | |
| Defendant. | ) | |

## NOTICE OF APPEARANCE

To the Clerk:

Please enter my appearance in the above-captioned case as additional counsel for the United States of America.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: /s/Kristina E. Barclay
    Kristina E. Barclay
    Assistant U.S. Attorney
    1 Courthouse Way, Suite 9200
    Boston, MA  02210
Dated: June 4, 2008    (617) 748-3100

## CERTIFICATE OF SERVICE

This is to certify that the foregoing Notice of Appearance, filed through the Electronic Case Filing system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/Kristina E. Barclay
Kristina E. Barclay
Assistant United States Attorney