J. THOMAS KERNER
Attorney at Law
343 Commercial Street, Unit 104
Boston, Massachusetts 02109
(617) 720-5509 / Fax (617) 720-0707
e-mail thomas.kerner@comcast.net

August 11, 2006

Ms. Lisa Urso
Courtroom Clerk for
Th Honorable Rya W. Zobel
United States District Court Clerk's Office
Moakley United States Court House
1 Courthouse Way
Boston, MA 02210

    Re:    US v. John G. Pizzarella., 03-CV-10140-RWZ
             Joanne Russo, Third Party Claimant for 6 Applewood Lane.

Dear Ms. Urso:

    I represent Ms. Russo in the forfeiture proceeding which is ancillary to John Pizzarella's criminal case. There was a trial before Judge Zobel on July 21, 2008, after which Ms. Russo's claim was allowed.

    Subsequently, I have filed a motion for attorney's fees and to substitute money for the property. The government has filed a Rule 59 motion for reconsideration. I have responded to the government's motion. The government's deadline for responding to my motions is later this week.

    I am writing this letter to advise you that I am leaving for vacation after business hours on August 14. I am returning to Boston the evening of August 27 and will not be available for a hearing on any of the pending motions until after August 28.

    Thank you.

                                              Very truly yours,

                                              J. Thomas Kerner

cc:    Sonya Rao, AUSA
JTK:ms